UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HOWARD E. LEVENTHAL,

    Petitioner,

v.                                        Case No. 21-C-507

JAMES JOHNSON,

    Respondent.

## ORDER

Petitioner Howard E. Leventhal filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241, a motion for a *Franks* hearing, and a motion for judgment on the pleadings. On May 19, 2021, Magistrate Judge Stephen Dries screened the petition and filed a Report and Recommendation recommending that the petition be denied, the motions be denied as moot, and the case be dismissed. The Clerk of Court mailed the Report and Recommendation to Petitioner, but it was returned to the Court as undeliverable on June 1, 2021. It appears Petitioner is no longer in custody and has changed addresses without notifying the Court. No purpose would be served by further delaying the matter for any objections to the Report and Recommendation. Based upon the Court's review of the record, dismissal based on the findings, conclusions, and recommendation of the Magistrate Judge is appropriate. Accordingly, the Court adopts the Report and Recommendation of the Magistrate Judge and orders the petition dismissed. The Clerk is directed to enter judgment forthwith.

**SO ORDERED** at Green Bay, Wisconsin this 10th day of June, 2021.

                                                                s/ William C. Griesbach
                                                                William C. Griesbach
                                                                United States District Judge